CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 23 2007
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER KIRK WEBB,  )  | |
| Plaintiff,  ) | Civil Action No. 7:07-cv-00243 |
| ) | |
| v.  ) | **FINAL ORDER** |
| ) | |
| CAPTAIN CHRIS YATES, et al.,  ) | By: Samuel G. Wilson |
| Defendants.  ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1); his motion to proceed in forma pauperis is **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

ENTER: This 23rd day of May, 2007.

_____
United States District Judge